CITY OF KINGFISHER v. H. H. McFADDEN.

No. A-1841. Opinion Filed February 20, 1915.

Appeal from County Court, Kingfisher County;

John M. Graham, Judge.

Appeal by the city of Kingfisher from an adverse judgment in action against H. H. McFadden. Dismissed.

John T. Bradley, Jr., for plaintiff in error.

PER CURIAM. This is an appeal by the city of Kingfisher from an adverse judgment of the county court of Kingfisher county in an action by the city of Kingfisher against H. H. McFadden for the violation of a city ordinance. For the reasons given by this court in the opinion in City of Oklahoma City v. Howard A. Tucker, ante, the appeal in this case is dismissed.